IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS CANTU | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.:_____ |
| | § | |
| CAMERON COUNTY, TEXAS | § | |
|     *Defendant.* | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Defendant, Cameron County, Texas, files this Notice of Removal and respectfully shows this Court the following:

**1.** On October 22, 2021, in Cause No. 2021-DCL-06110, Plaintiff Jesus Cantu commenced this pending action against Defendant Cameron County, Texas, in the 404th District Court of Cameron County, Texas. The Original Petition alleged that Plaintiff Jesus Cantu's employment with the Cameron County District Clerk's Office was illegally terminated because he was about to take leave under the Family Medical Leave Act of 1993 ("FMLA") to care for his ailing spouse.

**2.** As of the date of this filing, the following pleadings have been filed in the state court action: Citation and Petition, an Order of Assignment, Plaintiff's Motion to Disqualify Assignment, Proposed Order Granting Disqualification, Proposed Order Setting Hearing, and Return of Service served in the above-entitled action are attached hereto as Exhibits A-1-7, and filed herewith.

**3.** Plaintiff could have been filed this suit in Federal Court pursuant to 28 U.S.C. §1331. Therefore, this Court has jurisdiction over this removal action pursuant to 28 U.S.C. §1441(c).

4.  This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331. The action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(c) that includes "**(A)** a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and **(B)** a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute, the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph **(B)**."

5.  This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Petition; as such this Removal is timely.

6.  Defendant hereby represents to this Court that the Cameron County District Clerk and all parties and their counsel are receiving notice and copies of all the pleadings associated with Defendant's Notice of Removal.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays for removal of the above-entitled cause of action from 404th District Court of Cameron County, Texas, to this Court.

Signed on this the 15th day of November, 2021.

Respectfully submitted,

**COMMISSIONERS COURT**
**CIVIL LEGAL DIVISION**
1100 East Monroe Street
Brownsville, Texas 78520
Telephone:  (956) 550-1345
Facsimile:   (956) 550-1348

By: /s Daniel N. Lopez
Daniel N. Lopez
Associate Counsel
Texas State Bar No. 24086699
Southern District No. 3182267

daniel.n.lopez@co.cameron.tx.us

Juan A. Gonzalez
Attorney in Charge
Texas State Bar No. 08129310
Southern District No. 3472
juan.gonzalez@co.cameron.tx.us

## CERTIFICATE OF SERVICE

I, Daniel N. Lopez, do hereby certify that service of a true and correct copy of the foregoing document will be electronically served upon all counsel via the Court's Automatic Filing System, this 15th day of November, 2021:

/s/ *Daniel N. Lopez*
Daniel N. Lopez

## EXHIBIT-A

## INDEX OF EXHIBITS

1. Copy of the Court Docket Sheet
2. Citation & Petition
3. Motion to Disqualify Assignment
4. Order of Assignment
5. Proposed Order Granting Motion to Disqualify
6. Proposed Order Setting Hearing
7. Return of Service

# EXHIBIT-B

## LIST OF ATTORNEYS

**ATTORNEYS FOR CAMERON COUNTY, TEXAS:**

Juan A. Gonzalez
Attorney in Charge
Texas State Bar No. 08129310
Southern District No. 3472
**COMMISSIONERS COURT-
CIVIL LEGAL DIVISION**
1100 East Monroe Street
Brownsville, Texas  78520
Telephone:  (956) 550-1345
Facsimile:   (956) 550-1348
juan.gonzalez@co.cameron.tx.us

Daniel N. Lopez
Associate Counsel
Texas State Bar No. 24086699
Southern District No. 3182267
daniel.n.lopez@co.cameron.tx.us

**ATTORNEY FOR JESUS CANTU**

John "Roca" Shergold
Texas State Bar No. 00794624
**Hodge & Shergold, L.L.P.**
745 East Saint Charles Street, Suite C.
Brownsville, Texas 78520
Telephone: (956) 548-9100
Facsimile:  (956) 548-9102