United States District Court
Southern District of Texas
**ENTERED**
December 23, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS CANTU, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 1:21-cv-177 |
| | § | |
| CAMERON COUNTY, TEXAS, | § | |
| Defendant | § | |

### ORDER

The Court is in receipt of the parties' "Stipulation of Dismissal." Dkt. No. 20. The parties have indicated that they have reached a settlement of their dispute. Accordingly, the Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** on this **23rd** day of **December, 2022**, at Brownsville, Texas.

Ignacio Torteya, III
**United States Magistrate Judge**

1/1